■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL THOMAS, Also Known as NICHOLAS LESLIE, Appellant. [816 NYS2d 397]—Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on or about December 20, 2004, and judgments, same court (Michael Corriero, J.), rendered on or about March 9, 2005, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Mazzarelli, Saxe, Williams and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT JONES, Appellant. [815 NYS2d 464]—Judgments, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered November 19, 2004, convicting defendant, upon his pleas of guilty, of criminal possession of a weapon in the third degree and criminal sale of a controlled substance in the fourth degree, and sentencing him, as a second felony offender, to concurrent terms of 2 to 4 years and 3 to 6 years, respectively, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). Concur—Buckley, P.J., Mazzarelli, Saxe, Williams and McGuire, JJ.